IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP FOXX,<br><br>      Plaintiff,<br><br>  v.<br><br>ERIC W. TICE, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, THE DISTRICT ATTORNEY OF THE COUNTY OF ALLEGHENY,<br><br>      Defendants. | 2:21-CV-00257-CCW-PLD |

## **ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 11, 2025, the Magistrate Judge issued a Report, ECF No. 22, recommending that the Respondents' Motion to Dismiss, ECF No. 12, be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Motion to Dismiss, ECF No. 12, is **DENIED**, and the Magistrate Judge's Report and Recommendation, ECF No. 22, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

2

DATED this 29th day of September, 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record